# United States Bankruptcy Court

# Northern District Of California

In re: West Contra Costa Healthcare District      Case No. 16-42917

Debtor

Chapter 9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. *See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).*

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Contra Costa County | Sharon L. Anderson<br>County Counsel<br>651 Pine Street, 9th Floor<br>Martinez, CA 94553 | Unsecured Loan | | | | $14,400,000.00 |
| Center for Medicaid and Medicare Services (CMS)<br>7500 Security Boulevard<br>Baltimore, MD 21244 | Andrew Slavit<br>Acting Head of Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244 | Cost Report Overpayment Liability | | | X | $1,909,651.00 |
| California Employment Development Department (EDD) | Sandra Clifton<br>General Counsel<br>P.O. Box 826880<br>Sacramento, CA 94280 | Unemployment Liability | | | | $1,600,000.00 |
| Xerox<br>5225 Auto Club Drive<br>Dearborn, MI 48126 | Marla Wortman<br>Marla.wortman@xerox.com;<br>(615) 854-3504 | Trade Debt | | | | $1,177,528.40 |
| County Clerk Elections<br>PO Box 271<br>Martinez, CA 94553 | Sharon L. Anderson<br>County Counsel<br>651 Pine Street, 9th Floor<br>Martinez, CA 94553 | Trade Debt | | | | $413,920.01 |
| Omnicell/Med One<br>PO Box 271128<br>Salt Lake City, UT 84127 | Tony Brown<br>303-589-7984 | Trade Debt | | | | $272,566.90 |
| Office of Statewide Health and Planning Development<br>400 R St. #359<br>Sacramento, CA 95811 | Robert P. David, Director<br>400 R St. #359<br>Sacramento, CA 95811 | Trade Debt | | | | $229,600.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Stationary Engineers - Local 39<br>PO Box 1737<br>San Ramon, CA 94853 | | Contract | | | | $216,440.94 |
| Meditract<br>736 Market Street, #1100M<br>Chattanooga, TN 37402 | Customer Service<br>Phone: (877) 492-8490<br>Fax: (423) 267-9310 | Trade Debt | | | | $132,721.05 |
| Zimmer<br>PO Box 840166<br>Dallas, TX 75284 | | Trade Debt | | | | $113,382.00 |
| GL Hicks Financial<br>5033 Riverpark Way<br>Provo, UT 84604 | Gary L. Hicks<br>Gary@glhicks.com<br>(801) 225-0731 | Trade Debt | | | | $74,500.00 |
| Bob Redlo<br>205 Marigold Place<br>Hercules, CA 94547 | | Settlement Payment | | | | $72,000.00 |
| Cigna Health Insurance<br>PO Box 5048<br>Visalia, CA 93278 | Cigna Corporate Headquarters<br>900 Cottage Grove Road<br>Bloomfield, CT 06002 | Trade Debt | | | | $67,975.53 |
| Airgas<br>3737 Worsham Avenue<br>Long Beach, CA 90808 | | Trade Debt | | | | $63,202.43 |
| CDHP<br>PO Box 997377<br>Sacramento, CA 95899 | | Trade Debt | | | | $57,938.17 |
| Nerdy Girls<br>2546 Lake View Road<br>Santa Rosa, CA 95405 | Michelle Luevano, CEO<br>Phone: (707) 312-3921<br>Fax: (707) 523-4108 | Trade Debt | | | X | $46,900.00 |
| Recall<br>PO Box 841693<br>Dallas, TX 75284 | | Trade Debt | | | | $40,865.59 |
| Myers/Naive<br>555 12th Street, #1500<br>Oakland, CA 94607 | | Trade Debt | | | | $36,720.54 |
| McKesson<br>PO Box 98347<br>Chicago, IL 60693 | Lori A. Schechter<br>General Counsel<br>PO Box 98347<br>Chicago, IL 60693 | Trade Debt | | | | $23,171.76 |
| CC Public Health<br>2500 Alhambra Ave., #209<br>Martinez, CA 94553 | | Trade Debt | | | | $22,345.00 |

Date: October 20, 2016

Debtor: West Contra Costa Healthcare District

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re ) Case No. 16-42917
)
West Contra Costa Healthcare )
)
) Chapter 9
Debtor. )
)
Federal Tax I.D. No. 94-6003145 )
)

    I, Kathy D. White, Chief Executive Officer of West Contra Costa Healthcare District, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: October 20, 2016

_____
West Contra Costa Healthcare District
By: Kathy D. White, Chief Executive Officer