# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re                                                                                                  Chapter: 9

West Contra Costa Healthcare District                               Case No.: 16-42917

_____ Debtor /

## Request for Designation

I, Tracie Williams, Oakland Division Manager, United States Bankruptcy Court for the Northern District of California, hereby certify that the above named case under 11 U.S.C. Chapter 9, has been filed in the Office of the Clerk of this Bankruptcy Court, Oakland Division.

Pursuant to 11 U.S.C. Section 921(b), I request that the Honorable Sidney R. Thomas, Chief Judge of the United States Court of Appeals for the Ninth Circuit, designate a bankruptcy judge to conduct this case. The above named debtor's principle place of business is Contra Costa County, CA. The bankruptcy judges who handle matters arising in Contra Costa County are in the Oakland division. By utilizing our random case assignment system, the bankruptcy judge selected is Chief Judge Roger L. Efremsky.

Dated: October 20, 2016                           For the Clerk of Court,
                                                                     Edward Emmons


                                                                      /s/ Tracie Williams
                                                                     Oakland Division Manager


cc: Clerk of Court, Edward Emmons