```
                              United States Bankruptcy Court
                              Northern District of California
```

In re:                                                                    Case No. 16-42917
West Contra Costa Healthcare District                                     Chapter 9
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0971-4          User: twilliams          Page 1 of 1           Date Rcvd: Oct 21, 2016
                              Form ID: pdfeoc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db              +West Contra Costa Healthcare District,   2200 San Pablo Ave., Ste. 201,   Pinole, CA 94564-1786

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                              Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com
              Samuel R. Maizel    on behalf of Debtor    West Contra Costa Healthcare District
               samuel.maizel@dentons.com, alicia.aguilar@dentons.com
                                                                                            TOTAL: 2

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re | ORDER PURSUANT TO |
| | 11 U.S.C. Chapter: 9 |
| **West Contra Costa Healthcare District,** | Bk. Case No. 16-42917 |
| Debtor. | **ORDER** |

Sidney R. Thomas, Chief Judge.

Having previously been notified by the Northern District of California Bankruptcy Court that a petition for an Order of Relief under Chapter 9 of Title 11, United States Code, was filed by **West Contra Costa Healthcare District,**

IT IS ORDERED that pursuant to 11 U.S.C. 921(b), Chief Bankruptcy Judge **Roger Efremsky** of the Northern District of California is hereby designated to conduct the case.

October 21, 2016

_____
Sidney R. Thomas
Chief Judge