United States Bankruptcy Court

Northern District Of California

In re: West Contra Costa Healthcare District  Case No. 16-42917

Debtor

Chapter 9

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the amended list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 9 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. *See 11 U.S.C. § 112: Fed. R. Bankr. P. 1007(m).*

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| Contra Costa County | Sharon L. Anderson<br>County Counsel<br>651 Pine Street, 9th Floor<br>Martinez, CA 94553 | Unsecured Loan | X | X | | $19,449,149.36 |
| WCCHD Successor Pension Plan<br>c/o Broadridge Financial Solutions, Inc.<br>2800 North Central Avenue<br>Phoenix, AZ 85004 | Felicia Monarrez<br>Client Service Specialist,<br>Matrix Trust Company<br>Felicia.Monarrez@broadridge.com<br>(602) 296-0700 | Pension Obligation | X | X | | $15,899,212.00 |
| California Nurses Association<br>155 Grand Avenue<br>Oakland, CA 94612 | Zach Goldman<br>Lead Labor Representative | Pension Obligation | X | X | | $5,100,000.00 |
| Center for Medicaid and Medicare Services (CMS)<br>7500 Security Boulevard<br>Baltimore, MD 21244 | Andrew Slavit<br>Acting Head of Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244 | Cost Report Overpayment Liability | | | X | $1,909,651.00 |
| California Employment Development Department (EDD) | Sandra Clifton<br>General Counsel<br>P.O. Box 826880<br>Sacramento, CA 94280 | Unemployment Liability | X | X | | $1,600,000.00 |
| Xerox<br>5225 Auto Club Drive<br>Dearborn, MI 48126 | Marla Wortman<br>Marla.wortman@xerox.com;<br>(615) 854-3504 | Trade Debt | | | | $1,177,528.40 |
| County Clerk Elections<br>PO Box 271 | Sharon L. Anderson<br>County Counsel | Trade Debt | | | | $413,920.01 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNLIQUIDATED | DISPUTED | |
| Martinez, CA 94553 | 651 Pine Street, 9th Floor Martinez, CA 94553 | | | | | |
| Omnicell/Med One PO Box 271128 Salt Lake City, UT 84127 | Tony Brown 303-589-7984 | Trade Debt | | | | $272,566.90 |
| Office of Statewide Health and Planning Development 400 R St. #359 Sacramento, CA 95811 | Robert P. David, Director 400 R St. #359 Sacramento, CA 95811 | Trade Debt | | | | $229,600.00 |
| Stationary Engineers - Local 39 PO Box 1737 San Ramon, CA 94853 | | Contract | | | X | $216,440.94 |
| McKesson PO Box 98347 Chicago, IL 60693 | Lori A. Schechter General Counsel PO Box 98347 Chicago, IL 60693 | Trade Debt | | | | $142,451.00 |
| Affinity Medical Group P.O. Box 21390 El Sobrante, CA 94820 | | Insurance | | | | $133,579.52 |
| Meditract 736 Market Street, #1100M Chattanooga, TN 37402 | Customer Service Phone: (877) 492-8490 Fax: (423) 267-9310 | Trade Debt | | | | $132,721.05 |
| Zimmer PO Box 840166 Dallas, TX 75284 | | Trade Debt | | | | $113,382.00 |
| GL Hicks Financial 5033 Riverpark Way Provo, UT 84604 | Gary L. Hicks Gary@glhicks.com (801) 225-0731 | Trade Debt | X | X | | $74,500.00 |
| Bob Redlo 205 Marigold Place Hercules, CA 94547 | | Settlement Payment | | | | $72,000.00 |
| Cigna Health Insurance PO Box 5048 Visalia, CA 93278 | Cigna Corporate Headquarters 900 Cottage Grove Road Bloomfield, CT 06002 | Trade Debt | | | | $67,975.53 |
| Airgas 3737 Worsham Avenue Long Beach, CA 90808 | | Trade Debt | | | | $63,202.43 |
| CDHP PO Box 997377 Sacramento, CA 95899 | | Trade Debt | | | | $57,938.17 |
| Nerdy Girls 2546 Lake View Road Santa Rosa, CA 95405 | Michelle Luevano, CEO Phone: (707) 312-3921 Fax: (707) 523-4108 | Trade Debt | | | X | $46,900.00 |

Date: November 11, 2016

Debtor: West Contra Costa Healthcare District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No. 16-42917 |
| West Contra Costa Healthcare District ) | |
| ) | |
| ) | Chapter 9 |
| Debtor. ) | |
| ) | |
| Federal Tax I.D. No. 94-6003145 ) | |
| ) | |

      I, Kathy D. White, Chief Executive Officer of West Contra Costa Healthcare District, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing <u>Amended List of Creditors Holding 20 Largest Unsecured Claims</u> and that it is true and correct to the best of my information and belief.

Dated: November 11, 2016

                                  /s/ Kathy D. White
                                  West Contra Costa Healthcare District
                                  By: Kathy D. White, Chief Executive Officer