MICHAEL A. ISAACS (Bar No. 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza, Suite 2400
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623 9300
Facsimile: (213) 623 9924

GARY W. MARSH (admitted *pro hac vice*)
gary.marsh@dentons.com
DAVID GORDON (admitted *pro hac vice*)
david.gordon@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527 4000
Facsimile: (404) 527 4198

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>                Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br><br>Chapter 9<br><br>NOTICE OF MOTION FOR ORDER AUTHORIZING DISPOSAL OF PATIENT RECORDS<br><br>Date: January 11, 2017<br>Time: 1:30 p.m.<br>Place: 1300 Clay Street, Courtroom 201<br>Judge: Hon. Roger L. Efremsky |

       PLEASE TAKE NOTICE that, on January 11, 2017 at 1:30 p.m., or as soon thereafter as the matter may be heard, the West Contra Costa Healthcare District, the debtor in the above-captioned Chapter 9 case (the "<u>District</u>"), will seek an order pursuant to Section 351 of the Bankruptcy Code: (i) authorizing the District to dispose of its patient records; and (ii) granting to the District such other relief as the Court deems just and proper under the circumstances.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(c)(2) of the United States Bankruptcy Court for the Northern District of California, any objection to the requested relief must be filed and served upon the District at the address listed above no later than five (5) days prior to the scheduled hearing date. Any objection must be accompanied by any declarations or memorandum of law the objecting party wishes to present in support of his position.

This motion is made pursuant to Section 351 and Rule 9014-1of the Bankruptcy Local Rules for the Northern District of California.

The District's motion is based upon the Declaration of Kathy D. White in Support of Statement of Qualifications Under 11 U.S.C. § 109(c) filed on October 20, 2016 [Docket No. 5] (the "<u>White Declaration</u>") as well as this notice of motion and the motion, which are being served, by regular mail, upon the United States Trustee, the holders of the twenty largest unsecured claims in this Chapter 9 case, U.S. Bank, the County of Contra Costa, and all persons having filed and served requests for notices in this Chapter 9 case.

Dated: December 1, 2016				DENTONS US LLP

						By: /s/ Samuel R. Maizel
						    Samuel R. Maizel
						    Attorneys for Debtor