MICHAEL A. ISAACS (Bar No. 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza, Suite 2400
San Francisco, CA 94105
Telephone:    (415) 267-4000
Facsimile:    (415) 267-4198

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA  90017-5704
Telephone:    (213) 623 9300
Facsimile:    (213) 623 9924

GARY W. MARSH (admitted *pro hac vice*)
gary.marsh@dentons.com
DAVID GORDON (admitted *pro hac vice*)
david.gordon@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone:    (404) 527 4000
Facsimile:    (404) 527 4198

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>                    Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br><br>Chapter 9<br><br>NOTICE OF UNAVAILABILITY OF COUNSEL<br><br>[No Hearing Required] |

Counsel for the debtor West Contra Costa Healthcare District, a California Local Health Care District (the "District"), is unavailable during December 15 and 16, 2016, and from December 26 to 30, 2016, and hereby respectfully requests that no hearings be set in the above-styled case during those periods.

| | |
|---|---|
| Dated: December 1, 2016 | DENTONS US LLP |
| | By: /s/ Samuel R. Maizel |
| |     Samuel R. Maizel |
| |     Attorneys for Debtor |

101974861\V-1