MICHAEL A. ISAACS (Bar No. 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza, Suite 2400
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623 9300
Facsimile: (213) 623 9924

GARY W. MARSH (admitted *pro hac vice*)
gary.marsh@dentons.com
DAVID GORDON (admitted *pro hac vice*)
david.gordon@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527 4000
Facsimile: (404) 527 4198

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br><br>Chapter 9<br><br>**AMENDMENT TO CREDITOR MATRIX COVER SHEET** |

I declare that the attached Amendment to the Creditor Mailing Matrix, consisting of 10 sheets, contains the correct, complete and current names and addresses of additional unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Dated: December 09, 2016                    DENTONS US LLP

                                            By: /s/ Samuel R. Maizel
                                                Samuel R. Maizel
                                                Attorneys for Debtor

| | |
|---|---|
| 1 | Ann Aarons |
| | 1085 143 Ave. Apt. 14 |
| 2 | San Leandro, CA  94578 |
| 3 | |
| 4 | Lateefah Ameen |
| | 10701 San Pablo Ave #3 |
| | El Cerrito, CA 94530-2664 |
| 5 | Mary Anderson |
| | 1132 Claeys Court |
| 6 | Rodeo, CA 94572 |
| 7 | |
| 8 | Marilyn Arbogast |
| | 160 Follett Street |
| 9 | Richmond, CA 94806 |
| 10 | |
| 11 | James Beer |
| | 1005 Trailside Drive |
| 12 | El Sobrante, CA 94803 |
| 13 | |
| 14 | Frances Bell |
| | 2059 Ticonderoga Dr. |
| | San Mateo, CA 94402 |
| 15 | |
| 16 | |
| 17 | Kasey Brooks |
| | 980 Apgar St., #B |
| | Oakland, CA 94609 |
| 18 | |
| 19 | |
| 20 | Elizabeth Bruflat |
| | 3907 Birchwood Ct. |
| | Concord, CA 94519 |
| 21 | |
| 22 | Tammye Busby |
| | 108 Bruce Street |
| 23 | Orangeburg, CA 29115 |
| 24 | |
| 25 | Shriley Cantres |
| | 37 Wilshire Ave |
| 26 | Vallejo, CA 94951 |
| 27 | |
| 28 | |

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

| | |
|---|---|
| 1 | Nancy Carlyle |
| | P.O. Box 783 |
| 2 | Forest Knolls, CA 94933 |
| 3 | |
| 4 | Michael Chavez |
| | 5843 Arlington Blvd. |
| | Richmond, CA 94805 |
| 5 | |
| 6 | |
| 7 | Elena Coles |
| | 324 Harbor Light Road |
| | Alameda, CA 94501 |
| 8 | |
| 9 | |
| 10 | Rendi Collier |
| | 5007 Montoya Ave Apt 28 |
| | San Pablo, CA 94806 |
| 11 | |
| 12 | |
| 13 | Sylvia Cummings |
| | 2025 Blake Street |
| | Berkeley, CA 94104 |
| 14 | |
| 15 | |
| 16 | Linda Deocampo |
| | 6743 Onyx Trail |
| | Pollock Pines, CA 95726 |
| 17 | |
| 18 | Alfred Dumlao |
| | 483 Cottonwood Drive |
| 19 | Fairfield, CA 94533 |
| 20 | |
| 21 | Sebastine Ebai |
| | 3132 South Hampton |
| 22 | Richmond, CA 94806 |
| 23 | |
| 24 | Sousan Ehteshami |
| | 4807 Calderwood Court |
| | Oakland, CA 94605 |
| 25 | |
| 26 | |
| 27 | Thelma Fernandez |
| | 196 Bonaire Ave |
| | Hercules, CA 94547 |
| 28 | |

| | |
|---|---|
| 1 | Kevin Fleeger |
| 2 | 300 Barn Dance Way |
|   | Oakley, CA 94561-1766 |
| 3 | |
| 4 | |
|   | Ester May Flores |
|   | 5 Clearview Dr. |
| 5 | Daly City, CA 94015 |
| 6 | |
| 7 | Essie Green |
|   | 165 Schooner Court |
| 8 | Richmond, CA 94804 |
| 9 | |
| 10 | Cherish Guevara |
|    | 224 Marble Dr. |
| 11 | Antioch, CA 94509-6219 |
| 12 | |
| 13 | Cherish Guevara-campbell |
|    | 59 Standley Court |
| 14 | Pittsburg, CA 94565 |
| 15 | |
| 16 | Penny Hicks |
|    | 2392 Church St. |
|    | Oakland, CA 94605 |
| 17 | |
| 18 | |
| 19 | Shawn Hill |
|    | 298 Purdue Avenue |
|    | Kensington, CA 94708-1137 |
| 20 | |
| 21 | Kay Hylton |
|    | 814 Vineyard Dr. # 335 |
| 22 | Santa Rosa, CA 95403 |
| 23 | |
| 24 | Kristen Ingalls |
|    | 143 Shoreline Court |
| 25 | Richmond, CA 94804 |
| 26 | |
| 27 | Lita Iosua |
|    | 2121 Vale Rd. Apt 109 |
| 28 | San Pablo, CA 94806 |

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

```
 1
 2  Billy Keeton
    530 Fern Ave
 3  Pinole, CA 94564

 4

 5  Joyce Kwok
    2 Anchor Drive
    Emeryville, CA 9460
 6

 7

 8  Sonny Lazaro
    813 Shelley St
    Rodeo, CA 94572
 9

10

11  Jacquelyn Lewis
    2900 Pullman Ave #110
    Richmond, CA 94804
12

13  Lou Lewis
    2303 Mcginley Ave
14  Anticoch, CA 94509

15

16  Chris Long
    1410 Hawthorne Terrace
17  Berkeley, CA 94708

18

19  Maria Tereza Maldonado
    300 Water St. Apt G
20  Bay Point, CA 94565

21

22  Mary Maloney
    879 34 Street
    Emeryville, CA 94608
23

24

25  Natividad Manglallan
    8190 Carlisle Way
    Vallejo, CA 94591-8589
26

27
    Lisa Martin
28  1429 Exposition Blvd. #102
    Sacramento, CA 95815
```

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

5

| | |
|---|---|
| 1 | |
| 2 | Brenda Martineau |
| 3 | 204 Stranaham Circle<br>Clayton, CA 94806 |
| 4 | |
| 5 | Traci Miller |
| 6 | 417 Bertolino Dr.<br>Kenner, LA 70065 |
| 7 | |
| 8 | Raquel Miranda |
| 9 | 1075 North Shelter Bay<br>Hercules, CA 94547 |
| 10 | |
| 11 | Dalila Mitchell |
| 12 | 1728 West Street<br>Oakland, CA 94612 |
| 13 | |
| 14 | John Myers |
| 15 | 1511 Sycamore Ave<br>Unit M-210<br>Hercules, CA 94547 |
| 16 | |
| 17 | Nerdy Girls |
| 18 | Michelle Luevano, CEO<br>740 Fourth Street<br>Santa Rosa, CA 95404 |
| 19 | |
| 20 | Corazon Nafarrette |
| 21 | 135 Voyager Drive<br>Vallejo, CA 94590 |
| 22 | |
| 23 | Sylvia Naldoza |
| 24 | 4059 Coleman Circle<br>Richmond, CA 94806 |
| 25 | |
| 26 | Gary Nimnicht |
| 27 | 2500 Deer Valley Rd #711<br>San Rafael, CA 94903 |
| 28 | |

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

```
 1  Gheslaine Nunez
    2105 Arabian Dr
 2  Fairfield, CA 94534

 3

 4  Robert Ochoa
    3501 11th Street
 5  San Pablo, CA 94806

 6

 7  Amor Olivan
    6363 New Haven Lane
 8  Vallejo, CA 94591

 9
    Rick Olsen
10  7 Pinnacle Court
    Hercules, CA 94547
11

12
    Kimberly Parks
13  4630 Potrero Ave #5
    Richmond, CA 94806
14

15
    Donald Partridge
    217 Leigh Cove
16  Columbus, CA 39702

17

18  Aremy Perez
    1260 Brighton Avenue, #211
19  Albany, CA 94706

20

21  Kim Porter
    705 Del Valle Circle
22  El Sobrante, CA 94803-3380

23
    Gini Prashar
24  3535 El Portal Drive Apt. G#201
    El Sobrante, CA 94803
25

26
    Glenda Rau
27  4949 Thunderbird Ct
    Richmond, CA 94803
28
```

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

```
 1
    Julius Rea
 2  1589 Ashwood Dr.
    Martinez, CA 94553
 3

 4
    Julius Rea
    10730 S Calumat Ave
 5  Chicago, CA 60628

 6

 7  Caitlin Reynolds
    1465 65th Street #122
 8  Emeryville, CA 94608

 9

10  Patty Rhone
    1734 Glazier Drive
11  Concord, CA 94521

12

    Bobby Roberts
13  900 Reichert Ave #551
    Novato, CA 94945-3289
14

15
    Michelle Roudebush
16  629 Windmill Lane
    Pleasanton, CA 94566
17

18
    Luz Ruiz
19  3219 Meadowbrook Drive
    Concord, CA 94519
20

21
    Brenda Saephanh
    4209 Spaulding Street
22  Antioch, CA 94531

23

24  Ruby Sanders
    152 S. 35th Street
25  Richmond, CA 94804

26

27  Jacqueline Simbulan
    335 Valley Street
    Daly City, CA 94014
28
```

| | |
|---|---|
| 1 | |
| 2 | Scottus Smith |
| | 3400 Richmond Parkway #3102 |
| 3 | San Pablo, CA 94806 |
| 4 | |
| 5 | Cynthia Solis |
| | 1295 Orbetello Court |
| | Brentwood, CA 94513 |
| 6 | |
| 7 | |
| | Victoria Szuggar |
| 8 | 2343 River View Drive |
| | Concord, CA 94520 |
| 9 | |
| 10 | |
| | Carol Towarnick |
| 11 | 803 Cheryl Dr |
| | Benicia, CA 94510 |
| 12 | |
| 13 | |
| | Vanessa Tsutsui |
| | 123 Maher Court |
| 14 | Vallejo, CA 94591-4054 |
| 15 | |
| 16 | Amelia Vaughn |
| | 118 Echo Ave. #1 |
| 17 | Oakland, CA 94611 |
| 18 | |
| 19 | Deloris Vaughn |
| | 115 Meadow Lane Way |
| 20 | Hercules, CA 94547 |
| 21 | |
| 22 | Julio Verdin |
| | 4250 Appian Way, Apt J |
| | El Sobrante, CA 94803 |
| 23 | |
| 24 | |
| | Lourdes Vitan |
| 25 | 318 Dapple Drive |
| | Vallejo, CA 94591 |
| 26 | |
| 27 | |
| | James A. Wattson |
| 28 | Attorney At Law |
| | 330 Ignacio Blvd. #201 |

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1 | Novato, CA 94949
2 |
3 | Robin Willson
4 | 509 Britannia Drive
  | Vallejo, CA 94591
5 |
6 | Dayna Woerner
7 | 34 Mildenhall Street
  | Navato, CA 94949
8 |
9 | Taveda Womack
  | 501 Herman Rd
  | Mobile, AL 36608

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300