MICHAEL A. ISAACS (Bar No. 99782)
michael.isaacs@dentons.com
DENTONS US LLP
One Market Plaza, Suite 2400
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623 9300
Facsimile: (213) 623 9924

GARY W. MARSH (admission *pro hac vice* pending)
gary.marsh@dentons.com
DAVID GORDON (admission *pro hac vice* pending)
david.gordon@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527 4000
Facsimile: (404) 527 4198

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br><br>Chapter 9<br><br>NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 9, NOTICE OF AUTOMATIC STAY, NOTICE OF DEADLINE FOR FILING OBJECTIONS TO THE PETITION, NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIMS, AND RELATED ORDERS |

TO CREDITORS AND OTHER PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT:

1. **Commencement of a Case Under Chapter 9**. West Contra Costa Healthcare District (the "District") filed its voluntary petition under Chapter 9 of the United States

Bankruptcy Code (the "Petition") on October 20, 2016 (the "Petition Date"). The District is a public agency formed in 1948 under the State of California Local Healthcare District Law.

2. **Automatic Stay.** The filing of the Petition operates as a stay, applicable to all entities, of, among other things, the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action against the District or against an officer or inhabitant of the District that seeks to enforce a claim against the District, and the enforcement of a lien on or arising out of taxes or assessments owed to the Debtor, and certain other acts and proceedings against the District or its property as provided in 11 U.S.C. §§ 362 and 922.

3. **Deadline for Filing Objections to the Petition.** Objections to the Petition may be filed by a party in interest not later than November 30, 2016. Objections shall be filed by Electronic Court Filing ("ECF") or with the Clerk of the United States Bankruptcy Court, 1300 Clay Street, Post Office Box 2070, Oakland, California 94604-2070, with copies served on counsel for the District at the addresses set forth on the first page of this Notice. Any objection shall state the facts and legal authorities relied upon in support of such objection. If a timely objection is filed and served, a hearing will be held on the objection upon notice to parties in interest of such hearing.

4. **Order for Relief.** If no objection is timely filed, the filing of the Petition shall be deemed an Order for Relief under Chapter 9 and this notice shall be deemed notice of such Order for Relief.

5. **Deadline for Filing Proofs of Claims.** The District will file a List of Creditors on or before November 11, 2016. Any creditor holding a claim in this case that is included on the List of Creditors and is not listed as contingent, unliquidated, or disputed need not file a proof of claim in this case. A creditor whose claim is not listed or whose claim is listed as contingent, unliquidated, or disputed and who desires to participate in the case or share in any distribution **MUST** file a proof of claim on or before January 31, 2017. Such proof of claim shall be filed via ECF or with the Clerk of the United States Bankruptcy Court, 1300 Clay Street, Post Office Box 2070, Oakland, California 94604-2070. Any creditor who desires to rely on the List of Creditors

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

has the responsibility for determining that the claim is accurately listed.  **ANY CREDITOR THAT IS REQUIRED TO, BUT DOES NOT, FILE A PROOF OF CLAIM WITHIN THE TIME FIXED FOR FILING SHALL BE FOREVER BARRED FROM: (1) PARTICIPATING IN THE CHAPTER 9 CASE; (2) VOTING WITH RESPECT TO ANY PLAN FOR THE ADJUSTMENT OF THE DISTRICT'S DEBTS; AND (3) RECEIVING ANY DISTRIBUTION UNDER SUCH PLAN.**

6. **Notices.**  Notices required by Rule 2002 of the Federal Rules of Bankruptcy Procedure, other than those involving the matters or proceedings referred to in Bankruptcy Rule 2002(a)(5) & (7), (b), and (f), as applicable, shall be mailed only to the following parties and their counsel (the "Special Notice Parties"): (1) the District; (2) the Creditors' Committee appointed in this Chapter 9 case or, if no such committee has been appointed, to the holders of the twenty largest unsecured claims in this case; (3) U.S. Bank as trustee for certain bond indebtedness of the District; (4) the County of Contra Costa; (5) creditors who file with the Court and serve on the District's counsel a request that such notices be mailed to them; and (6) any party against whom direct relief is sought by motion, application, or otherwise.  If you wish to become a Special Notice Party and receive all notices in this Chapter 9 case you may file with the Court and serve on the District's counsel a request that such notices be mailed to you.

Dated:  October 20, 2016

DENTONS US LLP

By: /s/ Samuel R. Maizel
    Samuel R. Maizel
    Attorneys for Debtor