Entered on Docket
January 11, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1  MICHAEL A. ISAACS (Bar No. 99782)
   michael.isaacs@dentons.com
2  DENTONS US LLP
   One Market Plaza, Suite 2400
3  San Francisco, CA 94105
   Telephone:     (415) 267-4000
4  Facsimile:     (415) 267-4198

5  SAMUEL R. MAIZEL (Bar No. 189301)
   samuel.maizel@dentons.com
6  DENTONS US LLP
   601 South Figueroa Street, Suite 2500
7  Los Angeles, CA  90017-5704
   Telephone:     (213) 623 9300
8  Facsimile:     (213) 623 9924

9  GARY W. MARSH (admitted *pro hac vice*)
   gary.marsh@dentons.com
10 DAVID GORDON (admitted *pro hac vice*)
   david.gordon@dentons.com
11 DENTONS US LLP
   303 Peachtree Street, Suite 5300
12 Atlanta, GA 30308
   Telephone:     (404) 527 4000
13 Facsimile:     (404) 527 4198

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE
DISTRICT

The following constitutes
the order of the court. Signed January 11, 2017

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>                      Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br><br>Chapter 9<br><br>**ORDER FOR RELIEF PURSUANT TO 11 U.S.C. § 921**<br><br>Hearing:<br>Date:  January 11, 2017<br>Time:  1:30 p.m.<br>Place:  1300 Clay Street, Courtroom 201, Oakland, California<br>Judge:  Hon. Roger L. Efremsky |

Upon the *Request for Entry of Order for Relief Pursuant to 11 U.S.C. § 921* filed on December 16, 2016 [Docket No. 44] (the "Request") by the West Contra Costa Healthcare

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

1  District, a California Local Health Care District and the debtor in the above-captioned Chapter 9
2  case (the "District"); the District having filed its Chapter 9 petition on October 20, 2016; the Court
3  in its prior *Order Granting Ex Parte Application for Order: (1) Directing and Approving Form of*
4  *Notice; (2) Setting Deadline for Filing Objections to the Petition; (3) Setting Deadline for Filing*
5  *List of Creditors; (4) Setting Deadline for Filing Proofs of Claims; and (5) Limiting Notice*
6  [Docket No. 12] having set a deadline of November 30, 2016 to object to the filing of the petition;
7  notice of the petition and deadline to object having been published once a week for three
8  consecutive weeks in the *West County Times* and *Wall Street Journal*; and notice of the petition
9  and deadline to object having been posted on the District's website; and, as set forth in the
10 *Declaration of Gary W. Marsh in Support of Request for Entry of Order for Relief Pursuant to 11*
11 *U.S.C. § 921*, further notice of the petition and deadline and opportunity to object to the petition
12 having been provided to all creditors in this Chapter 9 case prior to the hearing held on January 11,
13 2017 as evidenced by the *Certificate of Service* filed on December 16, 2016 [Docket No. 50]; the
14 Court having found that such notice and publication constitutes adequate notice; the Court having
15 reviewed the *Declaration of Kathy D. White in Support of Statement of Qualifications Under 11*
16 *U.S.C. § 109(c)* [Docket No. 5]; no objections to the Request having been filed or, if filed, any
17 objections having been overruled, and good cause appearing, it is hereby
18     ORDERED that the District shall be granted an Order for Relief effective as of October
19 20, 2016.

21                              *** END OF ORDER ***

# COURT SERVICE LIST

West Contra Costa Healthcare District
2200 San Pablo Ave., Ste. 201
Pinole, CA 94564

Michael A. Isaacs
DENTONS US LLP
One Market Plaza, Suite 2400
San Francisco, CA 94105

Samuel R. Maizel
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704

Gary W. Marsh
David Gordon
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

Office of the U.S. Trustee/Oak
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

Barry S. Glaser, Esq.
Steckbauer Weinhart, LLP
333 S. Hope Street, 36th Floor
Los Angeles, California 90071

Wendy Lack
1630 N Main St. #258
Walnut Creek, CA 94596-4609

Theodore A. Cohen, Esq.
Shadi Mahmoudi, Esq.
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071

Shirley A. Johnston
1695 Lilac Lane
Willits, CA 95490

Rebecca J. Hooley, Esq.
Deputy County Counsel

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

651 Pine St, 9th FL
Martinez, CA 94553

Stationary Engineers Local 39 Trust Funds
c/o Tracy L. Mainguy, Esq.
Weinberg Roger & Rosenfeld
1001 Marina Village Parkway, #200
Alameda, CA 94501

McGuire Woods LLP
Payam Khodadadi, Esq.
1800 Century Park East
Los Angeles, CA 90067

Marie Walcek, Esq.
Pamela Allen, Esq.
Nicole Daro, Esq.
California Nurses Association
155 Grand Ave.
Oakland, CA 94612

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| | |
|---|---|
| Contra Costa County<br>Sharon L. Anderson, County Counsel and<br>Rebecca J. Hooley, Deputy County Counsel Contra Costa County Counsel's Office<br>651 Pine St. 9th Floor<br>Martinez, CA 94553 | Omnicell, Inc.<br>590 E. Middlefield Road<br>Mountain View, CA 94043-4008 |
| WCCHD Successor Pension Plan<br>Felicia Monarrez, Client Service Specialist<br>Matrix Trust Company<br>c/o Broadridge Financial Solutions, Inc.<br>2800 North Central Avenue<br>Phoenix, AZ 85004 | Omnicell/Med One<br>Tony Brown<br>PO Box 271128<br>Salt Lake City, UT 84127 |
| California Nurses Association<br>Zach Goldman, Lead Labor Representative<br>155 Grand Avenue<br>Oakland, CA 94612 | Andrew Slavit<br>Acting Head of Centers for Medicare & Medicaid Services<br>7500 Security Boulevard<br>Baltimore, MD 21244 |
| Center for Medicaid<br>  and Medicare Services (CMS)<br>7500 Security Boulevard<br>Baltimore, MD 21244 | Sandra Clifton, General Counsel<br>California Employment Development Department (EDD)<br>P.O. Box 826880<br>Sacramento, CA 94280 |
| Xerox<br>Marla Wortman<br>5225 Auto Club Drive<br>Dearborn, MI 48126 | Sharon L. Anderson, County Counsel<br>Contra Costa County Counsel's Office<br>651 Pine St. 9th Floor<br>Martinez, CA 94553 |

| | | |
|---|---|---|
| 1 | County Clerk Elections<br>PO Box 271<br>Martinez, CA 94553 | Robert P. David, Director<br>400 R St. #359<br>Sacramento, CA 95811 |
| | Office of Statewide Health and Planning Development<br>400 R St. #359<br>Sacramento, CA 95811 | Lori A. Schechter<br>General Counsel<br>PO Box 98347<br>Chicago, IL 60693 |
| | Stationary Engineers - Local 39<br>PO Box 1737<br>San Ramon, CA 94853 | Cigna Corporate Headquarters<br>900 Cottage Grove Road<br>Bloomfield, CT 06002 |
| | McKesson<br>PO Box 98347<br>Chicago, IL 60693 | Meditract<br>736 Market Street, #1100M<br>Chattanooga, TN 37402 |
| | Affinity Medical Group<br>P.O. Box 21390<br>El Sobrante, CA 94820 | Zimmer<br>PO Box 840166<br>Dallas, TX 75284 |
| | Bob Redlo<br>205 Marigold Place<br>Hercules, CA 94547 | Bob Redlo c/o<br>Steven M. Tindall<br>Rukin Hyland Doria & Tindall LLP<br>100 Pine Street, Suite 2150<br>San Francisco, California 94111 |
| | Cigna Health Insurance<br>PO Box 5048<br>Visalia, CA 93278 | CDHP<br>PO Box 997377<br>Sacramento, CA 95899 |
| | Airgas<br>3737 Worsham Avenue<br>Long Beach, CA 90808 | Nerdy Girls<br>Attn: Michelle Luevano, CEO<br>740 Fourth Street<br>Santa Rosa, CA 95404 |
| | Nerdy Girls<br>Michelle Luevano, CEO<br>2546 Lake View Road<br>Santa Rosa, CA 95405 | GL Hicks Financial<br>Attn: Gary L. Hicks<br>5033 Riverpark Way<br>Provo, UT 84604 |