| | |
|---|---|
| MICHAEL A. ISAACS (Bar No. 99782)<br>michael.isaacs@dentons.com<br>DENTONS US LLP<br>One Market Plaza, Suite 2400<br>San Francisco, CA 94105<br>Telephone: (415) 267-4000<br>Facsimile: (415) 267-4198 | SAMUEL R. MAIZEL (Bar No. 189301)<br>samuel.maizel@dentons.com<br>DENTONS US LLP<br>601 South Figueroa Street, Suite 2500<br>Los Angeles, CA 90017-5704<br>Telephone: (213) 623 9300<br>Facsimile: (213) 623 9924 |

GARY W. MARSH (admitted *pro hac vice*)
gary.marsh@dentons.com
DAVID GORDON (admitted *pro hac vice*)
david.gordon@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527 4000
Facsimile: (404) 527 4198

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>                    Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br><br>Chapter 9<br><br>**THIRD AMENDMENT TO CREDITOR MATRIX COVER SHEET** |

    I declare that the attached Amendment to the Creditor Mailing Matrix, consisting of 3 sheets, contains the correct, complete and current names and addresses of additional unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Dated: February 3, 2017                                           DENTONS US LLP

                                                                                                         By: /s/ Samuel R. Maizel
                                                                                                             Samuel R. Maizel
                                                                                                             Attorneys for Debtor

| | |
|---|---|
| 1 | Adrian Reid |
| 2 | 1187 Williams<br>Hercules, CA  94547 |
| 3 | |
| 4 | |
| 5 | California Nurses Association (CNA)<br>Marie Walcek, Esq. |
| 6 | 155 Grand Avenue, 2nd Floor<br>Oakland, CA 92612 |
| 7 | |
| 8 | |
| 9 | California Nurses Association (CNA)<br>Michele Guzman |
| 10 | Public Sector Lead Labor Representative<br>155 Grand Avenue, 2nd Floor |
| 11 | Oakland, CA 92612 |
| 12 | |
| 13 | Myrtis R. Manning |
| 14 | 3123 Moyers Rd.<br>Richmond, CA  94804 |
| 15 | |
| 16 | |
| 17 | Carolyn Glover<br>338 South 19th Street |
| 18 | Richmond, CA  94804 |
| 19 | |
| 20 | Susan Magner |
| 21 | California Department Of Public Health<br>Fiscal Services & Revenue Collection Unit |
| 22 | P.O. Box 997434, MS 3202<br>Sacramento, CA  95899-7434 |
| 23 | |
| 24 | |
| 25 | MidAmerica Administrative & Retirement Solutions<br>211 E. Main St., Ste. 100 |
| 26 | Lakeland, FL 33801 |
| 27 | |
| 28 | |

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

MidAmerica Administrative & Retirement Solutions
402 S. Kentucky Ave., Suite 500
Lakeland, FL 33801