DONNA S. TAMANAHA (WI# 1013199)
Acting Assistant United States Trustee
United States Department of Justice
Office of the U.S. Trustee
450 Golden Gate Ave, Rm 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: donna.s.tamanaha@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 16-42917 RLE |
| | ) | |
| WEST CONTRA COSTA HEALTHCARE DISTRICT, | ) ) | Chapter 9 |
| dba: Doctors Medical Center San Pablo/Pinole | ) ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## APPOINTMENT OF THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned case:

1. California Nurses Association
   155 Grand Ave.
   Oakland, CA 94612

2. Rex Shelton, Vice President
   Conduent, Inc. fka Xerox Consultant Co. Inc.
   5225 Auto Club Drive
   Dearborn, MI 48126

3. Sharon Sanders

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS   -1-

Dated: March 21, 2017

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

/s/ Donna S. Tamanaha
Acting Assistant United States Trustee
450 Golden Gate Ave, Rm 05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379

APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS    -2-