GARY W. MARSH (admitted *pro hac vice*)
gary.marsh@dentons.com
DAVID GORDON (admitted *pro hac vice*)
david.gordon@dentons.com
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308
Telephone: (404) 527 4000
Facsimile: (404) 527 4198

SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: (213) 623 9300
Facsimile: (213) 623 9924

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br>Debtor.<br>Tax ID: 94-6003145 | Case No. 16-42917 - RLE<br>Chapter 9<br>SUPPLEMENTAL DECLARATION OF GARY W. MARSH RE: PLAN BALLOT SUMMARY AND IN SUPPORT OF CONFIRMATION OF FIRST AMENDED PLAN OF ADJUSTMENT DATED JULY 21, 2017<br><u>Confirmation Hearing</u>:<br>Hearing Date: October 12, 2017<br>Time: 9:30 a.m.<br>Place: 1300 Clay Street, Courtroom 201<br>Judge: Hon. Roger L. Efremsky |

I, Gary W. Marsh, declare:

1. I am a Partner with the law firm of Dentons US LLP ("Dentons"), counsel for the above-captioned debtor and debtor in possession (the "District"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. I make this supplemental declaration in support of the confirmation of the District's First Amended Plan For The Adjustment Of Debts Dated July 21, 2017 (the "Plan"). Capitalized terms used herein shall have the meaning ascribed to them in the Plan, unless otherwise defined.

3. On or about September 25, 2017, the District filed Declaration of Gary W. Marsh Re: Plan Ballot Summary and in Support of confirmation of First Amended Plan of Adjustment dated July 21, 2017 [Docket No. 199].

4. After the Ballot Report was filed two (2) additional ballots were received.

5. Attached as Exhibit "A" is a copy of a Class 1 ballot received accepting the Plan.

6. Attached as Exhibit "B" is a copy of Class 4 ballot received accepting the Plan.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct as of October 6, 2017.

By: /s/ Gary W. Marsh
Gary W. Marsh

DENTONS US LLP
601 S. FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT,<br><br>                   Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917 – RLE<br><br>Chapter 9<br><br>**CLASS 1 BENEFICIAL OWNER BALLOT FOR ACCEPTING OR REJECTING FIRST AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS DATED JULY 21, 2017** |

### 2011 Certificates of Participation ("2011 COPs")
### CUSIP No. 952341BC8

The West Contra Costa Healthcare District, a California Local Health Care District (the "District") is soliciting votes on its First Amended Plan For The Adjustment Of Debts Dated July 21, 2017 (the "Plan"). This ballot is for beneficial owners of the 2011 COPs relating to the CUSIP number shown above. Claims of holders of the 2011 COPs are included in Class 1 under the Plan. The First Amended Disclosure Statement Describing The First Amended Plan For The Adjustment Of Debts Dated July 21, 2017 (the "Disclosure Statement") describes the Plan and contains information to assist you in deciding how to vote.

You have been provided a copy of the Plan and the Disclosure Statement. The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel to the District, Gary W. Marsh, Esq., 303 Peachtree Street, Suite 5300, Atlanta, GA 30308, phone: 404-527-4150, email: gary.marsh@dentons.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 1 under the Plan. If you hold claims in more than one class (or relating to more than one CUSIP number), you will receive a ballot for each class (or for each CUSIP number) for which you are entitled to vote. If you believe you are entitled to submit a vote in another class (or for another CUSIP number), but you have not received such ballot, contact District's counsel at the contact information set forth above.

The Voting Deadline for the Plan is 5:00 p.m. (Eastern Time) on <u>September 18, 2017</u>. You should **PROMPTLY COMPLETE AND RETURN** this ballot to your broker, bank, or other nominee from whom you received this Ballot (your "Record Holder") to allow sufficient time (at least 10 days before the September 18, 2017 Voting Deadline is recommended) for your Record Holder to process your vote and forward it to counsel for the District by the Voting Deadline. **<u>DO NOT SEND YOUR COMPLETED BALLOT TO COUNSEL FOR THE DISTRICT. SEND IT ONLY TO YOUR RECORD HOLDER.</u>**

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

Case: 16-42917   Doc# 233   Filed: 10/06/17   Entered: 10/06/17 08:47:01   Page 4 of 9

## HOW TO VOTE

1. Complete Items 1 and 2 below.

2. Review the certifications contained in Item 3, and complete the ballot by providing all of the information requested.

3. **Sign the ballot.**

4. Return the ballot to your Record Holder (make sure that your Record Holder receives it in time to process your vote and deliver it to the District's counsel by the Voting Deadline).

If you have any questions regarding completing or submitting your ballot, please contact counsel to the District, Gary W. Marsh, Esq., by email at gary.marsh@dentons.com or by phone at 404-527-4150 - or your Record Holder.

**Item 1: Amount of 2011 COPs Voted.** I certify that as of July 31, 2017, I was a beneficial owner of 2011 COPs, relating to the CUSIP number shown above, in the following principal amount: $ _____

**Item 2:** Vote on Plan – (check only one box).

  ACCEPT (vote FOR) the Plan.       ☐  REJECT (vote AGAINST) the Plan.

**Item 3: Certification.** By returning this ballot, the beneficial owner of the 2011 COPs identified in Item 1 above:

(a) authorizes and instructs its Record Holder: (i) to furnish the voting information, customer account number, and the amount of 2011 COPs the Record Holder holds on its behalf in a master ballot to be transmitted to the District or its agent, and (ii) to retain this ballot and related information in its records;

(b) certifies that it: (i) has full power and authority to vote to accept or reject the Plan with respect to the 2011 COPs identified in Item 1; and (ii) has access to a copy of the Disclosure Statement and the Plan; and

(c) agrees to provide proof of its authority to vote this ballot if required or requested by its Record Holder, the District, or the Bankruptcy Court.

Name of Holder: __Ozanian Family Trust__
(Print or Type)

Signature: _[signature]_

Social Security or Federal Tax I.D. No.: __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__
(Optional)

Name of Signatory: __Charles E Ozanian__
(If other than Holder)

Title (if corporation, partnership, or LLC): _____
(If Appropriate)

Street Address: __1355 Centerville Road__

City, State, Zip Code: __Ferndale, CA 95536__

Telephone: __(707) 786-4695__

Date Completed: __9-26-17__

# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT,<br><br>Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917 – RLE<br><br>Chapter 9<br><br>**CLASS 4 BALLOT FOR ACCEPTING OR REJECTING FIRST AMENDED PLAN FOR THE ADJUSTMENT OF DEBTS DATED JULY 21, 2017** |

The West Contra Costa Healthcare District, a California Local Health Care District (the "District"), the debtor in the above-captioned Chapter 9 case, filed its First Amended Plan For The Adjustment Of Debts Dated July 21, 2017 (the "Plan"). The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from counsel to the District, Gary W. Marsh, Esq., 303 Peachtree Street, Suite 5300, Atlanta, GA 30308, phone: 404-527-4150, email: gary.marsh@dentons.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in <u>Class 4</u> under the Plan. If you hold claims in more than one class, you will receive a ballot for each class in which you are entitled to vote. If you believe you are entitled to submit a vote in another class, but you have not received a ballot in such class, contact District's counsel at the contact information set forth above.

The voting deadline is <u>September 18, 2017</u>. If your ballot is not actually received by Gary W. Marsh, Dentons US LLP, 303 Peachtree Street, Suite 5300, Atlanta, GA 30308 by September 18, 2017 (by no later than 5:00 p.m. prevailing Eastern Time), and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 4 claim against the District in the unpaid amount of $ _10,000 ??_ :

(Check one box only)

[X] **Accepts the Plan**

[ ] **Rejects the Plan**

[SIGNATURE BELOW]

Dated: 9/4/17

Print or type name: Sue A Jeanes

Signature: [signature]  Title (if corporation or partnership) _____

Address: 289 Pepperwood St
Hercules Ca 94547

RETURN THIS BALLOT TO:

GARY W. MARSH
DENTONS US LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308