| | |
|---|---|
| GARY W. MARSH (admitted *pro hac vice*) | SAMUEL R. MAIZEL (Bar No. 189301) |
| gary.marsh@dentons.com | samuel.maizel@dentons.com |
| DAVID GORDON (admitted *pro hac vice*) | DENTONS US LLP |
| david.gordon@dentons.com | 601 South Figueroa Street, Suite 2500 |
| DENTONS US LLP | Los Angeles, CA 90017-5704 |
| 303 Peachtree Street, Suite 5300 | Telephone:  (213) 623 9300 |
| Atlanta, GA 30308 | Facsimile:  (213) 623 9924 |
| Telephone:  (404) 527 4000 | |
| Facsimile:  (404) 527 4198 | |

Attorneys for Debtor
WEST CONTRA COSTA HEALTHCARE DISTRICT

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>WEST CONTRA COSTA HEALTHCARE DISTRICT.<br><br>  Debtor.<br><br>Tax ID: 94-6003145 | Case No. 16-42917<br>Chapter 9<br><br>**NOTICE OF CONTINUED HEARINGS**<br><br>**OLD DATES**: November 16, 2017 and<br>       November 17, 2017<br>**NEW DATES**: December 21, 2017 and<br>       December 22, 2017<br><br>Time:  9:30 a.m.<br>Place: 1300 Clay Street, Courtroom 201<br>Judge: Hon. Roger L. Efremsky |

**PLEASE TAKE NOTICE** that the hearing on the matters listed below and previously scheduled for November 16, 2017 and November 17, 2017 have been continued to **December 21, 2017 and December 22, 2017, at 9:30 a.m.**, before the Honorable Roger L. Efremsky, United States Bankruptcy Judge, Courtroom 201, located at 1300 Clay Street, Oakland, CA 94612.

At the Continued hearings the Court will consider the following matters listed below:

1. Debtors Second Amended Plan of Adjustment Dated July 21, 2017 [Docket No. 260];

2. Motion Pursuant To Section 365 Of The Bankruptcy Code And Fed. R. Bankr. P. 9019 For Order Approving Settlement Agreement And Mutual Release [Docket No. 183];

3. Debtor's Objection to Ambac Assurance Corporation's Proof of Claim As Duplicative

and/or Contingent [Docket No. 152];

4. Motion of Ambac Assurance Corporation for the Right to Vote its Claim and Memorandum of Points and Authorities in Support thereof [Docket No. 170].

5. Ambac Motion in Limine to Exclude or Limit Testimony of Harold Emahiser and Memorandum of Points and Authorities in Support Thereof [Docket No. 240]; and

6. Objection to Proofs of Claim as Overstated/Priority Status filed by Creditor Mary Anita Durr [Docket 194];

Dated: November 14, 2017

DENTONS US LLP

By: /s/ Samuel R. Maizel
     Samuel R. Maizel
     Attorneys for Debtor

105478292\V-4